■ SALEM TRUCK LEASING, INC., Appellant, v TRUCK

TRAILER SERVICE Co. et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Kings County (Vaccaro, J.), entered May 1, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Vaccaro at the Supreme Court. Thompson, J. P., Kunzeman, Sullivan and Rosenblatt, JJ., concur.